GERTRUDE BERGER SILVERMAN, Respondent, v. STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.— Order denying defendant's motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice, reversed on the law, with ten dollars costs and disbursements, and defendant's motion granted, with ten dollars costs. The answer and the documentary evidence annexed thereto raise a defense sufficient as a matter of law to defeat the plaintiff's proof; and there remains no triable issue of fact. Young, Carswell, Davis, Adel and Taylor, JJ., concur.

GEORGE B. TRIGG, Suing in the Names of ROSE M. EARLEY, Widow of CORNELIUS J. EARLEY, Deceased, EUNICE M. EARLEY, CORNELIUS J. EARLEY, JOHN J. EARLEY, GLADYS EARLEY and BERNARD EARLEY, Being the Widow and All the Heirs at Law and Next of Kin of CORNELIUS J. EARLEY, Deceased, His Grantors, Appellant, v. FRANCESCO ALTOMARE, Sued as FRANCESCO ALTOMERE, and ISABELLA ALTO-MARE, Sued as MARY ALTOMERE, Respondents.— Action in ejectment involving the validity of a tax title through which defendants claim. Judgment in favor of defendants unanimously affirmed, with costs. There is no evidence or admission in the record to support finding of fact " First," submitted by plaintiff. It is, therefore, struck out. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

OTTO WENGERT and LOUIS SOWARBY, Doing Business under the Firm Name of S. & W. LAUNDRY SERVICE, Appellants, v. E. R. CARLSSON CO., INC., and COMMER-CIAL CREDIT CORPORATION, Respondents.— Orders granting motions to direct service of a further amended complaint separately stating and numbering the causes of action affirmed, with ten dollars costs and disbursements, the complaint to be served within ten days from the entry of the order hereon. No opinion. Young, Carswell, Davis, Adel and Taylor, JJ., concur.

WESTCHESTER TRUST COMPANY, Respondent, v. KAYANDAR REALTY CO., INC., and Another, Defendants, and HARRY ROSEN, Appellant.— Action against the corporate maker and individual indorsers of a note, which individual indorsers were the officers of the corporate maker. Judgment in favor of the plaintiff as against the appealing individual defendant, Rosen, who was secretary and treasurer of the corporation, and order denying motion for a new trial unanimously affirmed, with costs. The notice of protest and dishonor sent to the indorser Rosen to the business address of the corporate maker on the theory that it was also a business address of the indorser Rosen, who was secretary and treasurer of the maker, was a sufficient compliance with section 179 of the Negotiable Instruments Law. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.